# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142566(70)(71)
142568
In re MAYS, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
    Petitioner-Appellee,

v

URSULA MAYS,

and

WALI PHILLIPS,
    Respondents-Appellants.

_____

SC: 142566 & 142568
COA: 297446 & 297447
Wayne CC Family Division:
09-485821

       On order of the Chief Justice, the motion by petitioner-appellee for extension to July 7, 2011 of the time for filing their brief on appeal is considered and it is granted. The motion by counsel for the minor children for extension of the time for filing their brief is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011 _____

_____
Clerk